# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00077-CR
### NO. 09-14-00078-CR

_____

### CALVIN BERNARD JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

### On Appeal from the 410th District Court
### Montgomery County, Texas
### Trial Cause Nos. 12-04-04038 CR and 13-02-01314 CR

_____

### MEMORANDUM OPINION

On February 20, 2014, Calvin Bernard Johnson filed a notice of appeal of two matters: the trial court order dated February 20, 2013, which granted the State's motion to dismiss his trial in cause number 12-04-04038 CR, and the trial court's judgment in cause number 13-02-01314 CR, for a sentence imposed on February 20, 2013. The notice of appeal was filed too late to perfect the appeals. *See* Tex. R. App. P. 26.2(a). We notified the parties that the notice of appeal did

1

not appear to have been timely filed, and we warned the parties that the appeals would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeals. A response was due March 21, 2014, but no response has been filed. We dismiss the appeals for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered March 26, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.